Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Bordeaux Ventures, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **87-4392283** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2616 Carter Avenue** <br> **Nashville, TN 37206-1346** <br> Number, Street, City, State & ZIP Code | **PO Box 68256** <br> **Nashville, TN 37206** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Davidson** <br> County | **Location of principal assets, if different from principal place of business** <br> **1501 E Stewarts Lane Nashville, TN 37218** <br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Bordeaux Ventures, LLC**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **Bordeaux Ventures, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**　　　　　　　　　　　　　　　Relationship _____
District _____　　When _____　　Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Bordeaux Ventures, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 30, 2025**
MM / DD / YYYY

**X** **/s/ Michael Mattthews**          **Michael Mattthews**
Signature of authorized representative of debtor          Printed name

Title  **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Denis Graham "Gray" Waldron**          Date  **June 30, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Denis Graham "Gray" Waldron**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone  **629 777 6519**          Email address  **gray@dhnashville.com**

**030391 TN**
Bar number and State

Debtor **Bordeaux Ventures, LLC** Case number (*if known*)
      Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Miklar, LLC** | | | Relationship to you | **Common ownership (2nd degree)** |
| District | **Middle District of Tennessee** | When | **5/28/25** | Case number, if known | **3:25-bk-02225** |
| Debtor | **Rock Home, LLC** | | | Relationship to you | **Common ownership (2nd degree)** |
| District | **Middle District of Tennessee** | When | **5/07/25** | Case number, if known | **3:25-bk-01934** |

Fill in this information to identify the case:
Debtor name: **Bordeaux Ventures, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Metropolitan Davidson County Trustee** <br> PO Box 196358 <br> Nashville, TN 37219 | | **1501 E Stewarts Lane Nashville, TN 37218** <br> **4 tracts, Map and Parcel Nos.:** <br> **080 00 0 087.00** <br> **080 00 0 088.00** <br> **080 00 0 089.00** <br> **080 00 0 090.00** | | $3,100.00 | Unknown | Unknown |
| **Tennessee Dept of Revenue** <br> c/o Tenn. Attorney General's Office <br> PO Box 20207 <br> Nashville, TN 37202 | | **Franchise & Excise Taxes (2024)** | | | | $4,865.10 |
| **Winhall 9, LLC** <br> 10 Burton Hills Blvd, Suite 400 <br> Nashville, TN 37215 | | **1501 E Stewarts Lane Nashville, TN 37218** <br> **4 tracts, Map and Parcel Nos.:** <br> **080 00 0 087.00** <br> **080 00 0 088.00** <br> **080 00 0 089.00** <br> **080 00 0 090.00** | **Disputed** | $10,407,742.00 | Unknown | Unknown |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

BORDEAUX VENTURES, LLC
PO BOX 68256
NASHVILLE TN 37206

DENIS GRAHAM "GRAY" WALDRON
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

LGI HOMES - TENNESSEE, LLC
C/O HUDSON, REED, CHRISTIANSEN, PLLC
16 PUBLIC SQUARE N
MURFREESBORO TN 37130

LGI HOMES - TENNESSEE, LLC
ATTN: ANDREW COULTON
1450 LAKE ROBBINS DRIVE, SUITE 430
MURFREESBORO TN 37130

CHARLES S. SANGER, ESQ.
ONE 22 ONE
1221 BROADWAYS, SUITE 2400
NASHVILLE TN 37203

CLINT ELLIOTT
PO BOX 331875
NASHVILLE TN 37203

GARRETT BJORK
PO BOX 331875
NASHVILLE TN 37203

GARRETT BJORK
C/O GARTH CLICK, ESQ., AS CONSERVATOR
PO BOX 331875
NASHVILLE TN 37203

HOMESTEAD GROUP, LLC
ATTN: MICHAEL MATTHEWS
PO BOX 68526
TN 37226

JACK STRINGHAM, II ESQ.
SPENCER FANE
511 UNION STREET, SUITE 1000
WOODBURY TN 37190

METROPOLITAN DAVIDSON COUNTY TRUSTEE
PO BOX 196358
NASHVILLE TN 37219

MICHAEL MATTHEWS
PO BOX 68526
TN 37226

```
TENNESSEE DEPT OF REVENUE
C/O TENN. ATTORNEY GENERAL'S OFFICE
PO BOX 20207
NASHVILLE TN 37202

TRAPEZOID, LLC
C/O GARTH CLICK, ESQ.
2802 BRANSFORD AVENUE
NASHVILLE TN 37204

WINHALL 9, LLC
10 BURTON HILLS BLVD, SUITE 400
NASHVILLE TN 37215

WINHALL 9, LLC
C/O ROSSROCK LLC
446 EAST MEADOW AVE #172
EAST MEADOW NY 11554
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Bordeaux Ventures, LLC**  
           Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bordeaux Ventures, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Homestead Group, LLC**  
**PO Box 68526**  
**Nashville, TN 37226**

**Trapezoid, LLC**  
**c/o Garth Click, Esq.**  
**2802 Bransford Avenue**  
**Nashville, TN 37204**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 30, 2025** | **/s/ Denis Graham "Gray" Waldron** |
| Date | **Denis Graham "Gray" Waldron** |
| | Signature of Attorney or Litigant |
| | Counsel for **Bordeaux Ventures, LLC** |
| | **Dunham Hildebrand Payne Waldron, PLLC** |
| | **9020 Overlook Blvd., Suite 316** |
| | **Brentwood, TN 37027** |
| | **629 777 6519 Fax:615 777 3765** |
| | **gray@dhnashville.com** |